IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

APRIL SUMMERS GOLATT,

    Plaintiff,

v.

PAWNMART, INC.,

    Defendant.

CIVIL ACTION NO. 1:15-CV-00752-SCJ

## ORDER

Upon review of the Joint Motion for Approval of Settlement Agreement and for Order of Dismissal with Prejudice, and for good cause shown, said Motion is hereby granted and this action is dismissed with prejudice.  The Court shall retain jurisdiction over this matter until the consideration provided for in this Agreement has been paid.

SO ORDERED, this  27th  day of  October , 2015.

s/Steve C.Jones
HONORABLE STEVE C. JONES
United States District Judge